# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| **In the Matter of the Complaint of Wepfer** ) <br> **Marine, Inc., as Owner *Pro Hac Vice* of the** ) <br> **M/V RICKY ROBINSON, Official No. 572484,** ) <br> **For Exoneration from or Limitation of Liability.** ) <br> ) | **Case No.: 2:18-mc-00001** <br><br> **JURY DEMANDED** |

## NOTICE TO TAKE SIMULATANEOUS RECORD AND AUDIO-VISUAL DEPOSITION OF JOHN WEPFER

TO:   JOHN WEPFER
       C/O Frank Dantone, Esquire
       Henderson Dantone, P.A.
       241 Main Street
       P.O. Box 778
       Greenville, MS 38702-0778

Please take notice that, pursuant to the Federal Rules of Civil Procedure, the deposition of ***JOHN WEPFER*** will be taken upon oral examination before a certified court reporter and recorded by audio-visual means at Alpha Reporting Corporation, 236 Adams Avenue, Memphis, Tennessee 38103 beginning at ***9:00 A.M.*** on ***Tuesday, June 26, 2017***, and shall continue from day to day thereafter until completed.

Mr. Wepfer isrequired to bring to the deposition any and all documents, drawings, schematics, models and any other relevant data of the M/V Ricky Robinson, both pre and post of any refitting performed on the vessel.

1

        Respectfully submitted,

        **HORNE & WELLS, PLLC**

        **/s/ Aaron A. Neglia**
        **Murray B. Wells (BPR# 21749)**
        **Aaron A. Neglia (BPR# 33816)**
        81 Monroe Avenue - Suite 400
        Memphis, Tennessee 38103
        (901) 507-2521 – Telephone
        (901) 507-1791 – Facsimile
        wells@hornewells.com - Email
        neglia@hornewells.com - Email
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing via Electronical File and Email on this 7th day of May, 2018 to the following:

Frank Dantone
Henderson Dantone, P.A.
241 Main Street
P.O. Box 778
Greenville, MS 38702-0778


Andre C. Wharton
The Wharton Law Firm
1575 Madison Avenue
Memphis, TN 38104



S. Reed Morgan
The Carlson Law Firm
100 E. Central Texas Expy
Killeen, TX 76541

Russell B. Jordan
Morgan and Morgan
One Commerce Square – 26th Floor
Memphis, TN 38103

Michael Katzman
Wagerman Katzman
200 Jefferson Avenue – Suite 1313
Memphis, TN 38103

Ronald Kim
Kim and Associates
262 German Oak Drive
Cordova, TN 38018

Jeff Bloofield
Godwin Morris Laurenzi & Bloomfield
50 North Front Street – Suite 800
Memphis, TN 38103

                                      **/s/ Aaron A. Neglia**
                                      **Murray B. Wells (BPR# 21749)**
                                      **Aaron A. Neglia (BPR# 33816)**
                                      **Attorneys for Plaintiff**