UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

**NOTICE OF SETTING**
Before Judge Jon Phipps McCalla, United States District Judge

August 15, 2018

RE:   **2:18-cv-2004-JPM Natasha Gibson, et al. v. Wepfer Marine, Inc.**
2:**18-mc-00001-JPM In Re: Wepfer Marine, Inc.**

Dear Sir/Madam:

A **TELEPHONIC STATUS CONFERNCE** has been **SET** before **Judge Jon Phipps McCalla** for **FRIDAY, JANUARY 18, 2019 at 9:30 AM (CDT).**

**Counsel for the Plaintiff shall initiate the conference call prior to dialing Judge McCalla's chambers at 901-495-1291.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:    *s/Jeffrey Sample*,
Case Manager to Judge Jon Phipps McCalla
901-495-1243
jeffrey_sample@tnwd.uscourts.gov