CIN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| IN THE MATTER OF:<br><br>Wepfer Marine, Inc., as Owner *Pro Hac Vice* of the M/V *Ricky Robinson,* Official No. 572484, for Exoneration from or Limitation of Liability | No. 2:18-mc-00001-JPM-tmp |

## ORDER FOLLOWING STATUS CONFERENCE

This cause was before the Court on August 15, 2018, for a status conference. Present were Frank Dantone, counsel for Wepfer Marine, Inc.; Michael Katzman, counsel for Natasha Gibson; Lee Bloomfield and Andre Wharton, counsel for Ronnita Harris; Russell Jordan, counsel for Lakeesha Agnew; and Murray Wells and Aaron Neglia, counsel for Kimberly Newsom.

This admiralty action arises out of the sinking of the M/V *Ricky Robinson* on December 8, 2017. (ECF No. 1, ¶ 7.). Two crewmen Keith Pigram and Anqavius Jamison died as a result of the sinking. (Id.) The vessel's owner, Wepfer Marine, Inc. ("Wepfer") seeks to limit its liability for claims arising out of the sinking, pursuant to 46 U.S.C. § 30501 *et seq*. (Id., ¶ 1.) Both the Coast Guard and the National Transportation Safety Board ("NTSB") are conducting investigations into the sinking of the M/V *Ricky Robinson* and are both preparing reports. The reports are anticipated by the end of December 2018 or early January of 2019. The amount of discovery needed is unclear at this time, and cannot be fully determined without the completed reports. Wepfer is expected to receive notice of the

completed reports first, and will notify the Court and all other parties when it receives the reports.

A telephonic scheduling conference will be held on **January 18, 2019**, at **9:30 am**. If both the Coast Guard and NTSB reports have been completed before the TSC on January 18, 2019, the parties will include a proposed scheduling order in advance of the conference. The conference will take place regardless of whether the two reports are completed.

**SO ORDERED**, this 20th day of August, 2018.

                                      /s/ Jon P. McCalla
                                      JON P. McCALLA
                                      UNITED STATES DISTRICT JUDGE