**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT**

---

**In the Matter of the Complaint of
Wepfer Marine, Inc., as Owner *Pro Hac Vice*
of the M/V RICKY ROBINSON,
Official No. 572484, for Exoneration from
or Limitation of Liability.**

No. 2:18-mc-0001-JPM-tmp

---

## NOTICE OF SERVICE

---

Comes now Claimant, Ronnita Harris, Administratrix of the Estate of Keith Pigram, deceased, by and through counsel, and hereby gives notice to the Court that the Claimant's Responses to Defendant's First Set of Interrogatories and Request for Production of Documents has been delivered via electronic mail to Defendant's counsel of record on December 10, 2018.

RESPECTFULLY SUBMITTED,

*THE WHARTON LAW FIRM*

s/André C. Wharton
André C. Wharton, B.P.R. # 22588
Attorney for the Plaintiff
1575 Madison Ave.
Memphis, Tennessee 38104
901-726-6884

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of this document was served upon each of the following by mailing postage prepaid, by delivery to the person or office of such counsel, or by electronic means, as follows:

Frank J. Dantone, Esquire
*Henderson Dantone, P.A.*
241 Main Street
P. O. Box 778
Greenville, MS  38702-0778

Lee J. Bloomfield, Esq.
*Godwin, Morris, Laurenzi, and Bloomfield, P.C.*
50 North Front St., Suite 800
Memphis, TN 38103

Raymon Todd Elias, Esq.
*Gordon Elias & Seely, LLP*
1811 Bering Dr., Suite 300
Houston, TX 77057

Michael A. Katzman, Esq.
*Wagerman Katzman*
200 Jefferson Ave., Ste. 1313
Memphis, TN 38103

S. Reed Morgan, Esq.
*The Carlson Law Firm*
100 E. Central Texas Expy
Killeen, TX 76541

Murray B. Wells, Esq.
Aaron Anthony Neglia, Esq.
*Horne & Wells, PLLC*
81 Monroe Ave., Ste. 400
Memphis, TN 38103

Russell B. Jordan, Esq.
*Morgan & Morgan*
One Commerce Square, 26th Floor
Memphis, TN 38103

Ronald W. Kim, Esq.
*Kim and Associates*
262 German Oak Drive
Cordova, TN 38018

    This the 10th day of December 2018.

                                        /s André C. Wharton
                                      ANDRÉ C. WHARTON